*Leahey & Johnson, P.C.*
*Attorneys at Law*

(212) 269-7308
FACSIMILE (212) 422-4751

*120 Wall Street, New York, N.Y. 10005*

November 3, 2014

**VIA ELECTRONIC FILING**

Honorable Sandra J. Feuerstein, U.S.D.J.
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Magistrate Judge A. Kathleen Tomlinson
100 Federal Plaza
Central Islip, New York 11722

      Re:   *Hoskins v. County of Nassau, et. al.*
             No. 14-CV-04722 (SJF) (AKT)

Dear Hon. Feuerstein,

    We represent Defendant Commissioner of Police Thomas Dale, in his individual and official capacity, in the above referenced matter. Enclosed is Defendant Thomas Dale's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12 (b) (6).

Very truly yours,

Peter James Johnson, Jr.
pjohnsonjr@leaheyandjohnson.com

PJJR/rjs

CC VIA FIRST CLASS MAIL:

FREDERICK K. BREWINGTON
*Attorneys for Plaintiff*
556 Peninsula Boulevard
Hempstead, New York 11550

LEWIS JOHS AVALLONE AVILES, LLP
*Attorneys for Defendants*
County of Nassau, Nassau County Police
Dept. & Nassau County Sheriff's Dept.
One CA Plaza – Suite 225
Islandia, New York 11749

WHITE, QUINLAN & STALEY, LLP
*Attorneys for Defendant*
Gary Melius
377 Oak Street – Suite 301
Garden City, New York 11530

THE PASCARELLA LAW FIRM
*Attorneys for Defendant*
Chief of Detectives John Capece, in his individual and official capacity
1551 Franklin Avenue
Mineola, NY 11501

REBORE, THORPE & PISARELLO, P.C.
*Attorneys for Defendant*
Sergeant Sal Mistretta, in his individual and official capacity
500 Bi-County Boulevard, Suite 214 N
Farmingdale, New York 11735

NASSAU COUNTY ATTORNEY'S OFFICE
One West Street
Mineola, NY 11501